# UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
## Proceeding Memorandum/Order of Court

In Re: Donna M. Hooper                         Case Number: 12-31434          Ch: 7

**MOVANT/APPLICANT/PARTIES:**

#16 Reaffirmation Agreement with American Honda Finance Corporation

**OUTCOME:**

    ___ Granted ___ Denied ___ Approved ___ Sustained
    ___ Denied ___ Denied without prejudice ___ Withdrawn in open court ___ Overruled
    ___ OSC enforced/released
    ___ Continued to:_____ For:_____
    ___ Formal order/stipulation to be submitted by:_____ Date due:_____
    ___ Findings and conclusions dictated at close of hearing incorporated by reference
    ___ Taken under advise ment: Brief(s) due_____ From_____
                         Response(s) due_____ From_____
    ___ Fees allowed in the amount of: $_____ Expenses of: $_____
    ___ No appearance/response by:_____
    ✔ DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

NO FURTHER ACTION.


IT IS SO NOTED:                                IT IS SO ORDERED:

                                               /s/ Henry Jack Boroff

_____                         _____ Dated: 12/19/2012
Courtroom Deputy